

# Fourth Court of Appeals
## San Antonio, Texas

August 6, 2018

No. 04-18-00301-CV

**IN THE INTEREST OF A.M.O., A CHILD**,

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2017PA01432
Honorable Richard Garcia, Judge Presiding

## O R D E R

This is an accelerated appeal of an order terminating the appellant's parental rights which must be disposed of by this court within 180 days of the date the notice of appeal is filed. TEX. R. JUD. ADMIN. 6.2. The notice of appeal was filed May 2, 2018.

Because appellant's attorney, Ms. Christine Hortick, failed to file a written response to this court's orders dated June 11, 2018 and July 6, 2018, presenting a reasonable explanation for failing to file the notice of appeal in a timely manner, this appeal was abated to the trial court on July 28, 2018 for an abandonment hearing. On August 3, 2018, a supplemental clerk's record was filed containing the trial court's findings of fact. The trial court found: (1) appellant desires to appeal; (2) the notice of appeal was untimely filed due to the late direction to file the appeal from appellant; and (3) Mr. Hortick did not abandon the appeal and should not be sanctioned. The trial court appointed new appellate counsel to represent appellant on appeal.

It is therefore ORDERED that this appeal is REINSTATED on the docket of this court. Appellant's brief must be filed no later than **twenty days** from the date of this order. **Given the time constraints governing the disposition of this appeal, requests for extensions of time will be disfavored.**

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of August, 2018.

_Keith E. Hottle_

KEITH E. HOTTLE,
Clerk of Court